No. **CR 07 00612**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

E-FILING

*SAN JOSE DIVISION*

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

### THE UNITED STATES OF AMERICA

*vs.*

### ABEL LAMAS-PACHECO

## INDICTMENT

**COUNT ONE**: 8 U.S.C., Section 1326 - Illegal Re-Entry Following Deportation

*A true bill.*

_____
*Foreperson*

Filed in open court this __26__ day of __Sept.__

A.D. 2007

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ _no process_

E-FILING

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED

2007 SEP 26  P 4: 01

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07 00612 JF |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: 8 U.S.C. § 1326 – Illegal Re-Entry Following Deportation |
| ABEL LAMAS-PACHECO, | ) |
| Defendant. | ) SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

On or about September 6, 2007, the defendant,

ABEL LAMAS-PACHECO,

an alien, previously having been arrested and deported from the United States on or about July 8, 1983, August 16, 1988, July 2, 1991, December 17, 1991, January 5, 1993, August 17, 1993, June 15, 1996, November 28, 1997, February 22, 2000 and November 30, 2005, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for

//

INDICTMENT

1 | admission into the United States, in violation of Title 8, United States Code, Section 1326.

DATED: 9/26/07                                    A TRUE BILL.

                                                  _____
                                                  FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office


(Approved as to form: ____Benjamin Kennedy____)
                       SAUSA B. KENNEDY

INDICTMENT

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT    ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

8 USC § 1326 - Illegal Re-entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

FILED
E-FILING
2007 SEP 26 P 4:01
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## DEFENDANT - U.S.

▶ ABEL LAMAS-PACHECO

**DISTRICT COURT NUMBER:** CR 07 00612 JF

## PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any):** S/A Tim Purdy - ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO. 07-70552PVT

**Name and Office of Person Furnishing Information on THIS FORM:** KEVIN V. RYAN    ☒ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned):** BENJAMIN KENNEDY

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: