UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>V.<br>ABEL LAMAS-PACHECO<br>          Defendant. | Case Number CR-07-00612-JF<br><br>Status Review Hearing<br><br>November 8, 2007<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Status Review hearing set on November 7, 2007 is continued to November 8, 2007 at 9:00 a.m. before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

November 2, 2007                              For the Court
                                              Richard W. Wieking, Clerk


                                              By:___/s/_____
                                              Diana Munz
                                              Courtroom Deputy Clerk