**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, November 8, 2007
**Case Number:** CR-07-00612-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:     **UNITED STATES OF AMERICA V. ABEL LAMAS-PACHECO**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Abel Lamas-Pacheco |
| **Attorneys Present:** Richard Cheng | **Attorneys Present:** Lara Vinnard |

---

PROCEEDINGS:

Status review hearing held. Counsel and defendant are present. Defendant waives the interpreter. Continued to 12/12/07 at 9:00 a.m. for further status review. 34 days are excluded for the reasons stated.