UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, December 12, 2007
**Case Number:** CR-07-00612-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **UNITED STATES OF AMERICA V. ABEL LAMAS-PACHECO**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Abel Lamas-Pacheco |
| **Attorneys Present:** Benjamin Kennedy | **Attorneys Present:** Lara Vinnard |

PROCEEDINGS:

Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Defendant addresses the Court outside the presence Mr. Kennedy. Mr. Kennedy enters the courtroom. Continued to 12/19/07 at 9:00 a.m. for further status review.