UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, December 19, 2007
**Case Number:** CR-07-00612-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:     UNITED STATES OF AMERICA V. ABEL LAMAS-PACHECO

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Abel Lamas-Pacheco |
| **Attorneys Present:** Benjamin Kennedy | **Attorneys Present:** Lara Vinnard |

PROCEEDINGS:

Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 1/16/08 at 9:00 a.m. for further status review. 28 days are excluded for the reasons stated.