**E-filed 1/17/08**

1   JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CASBN 163973)
3   Chief, Criminal Division

4   BENJAMIN T. KENNEDY (CASBN 241350)
    Assistant United States Attorney
5
        150 Almaden Boulevard
6       San Jose, California 95113
        Telephone: (408) 535-5059
7       Facsimile:  (408) 535-5066
        Email: benjamin.t.kennedy@usdoj.gov
8
    Attorneys for the United States of America
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE DIVISION

13

14   UNITED STATES OF AMERICA,        )    No.    CR 07-00612 JF
                                      )
15          Plaintiff,                )    STIPULATION AND [PROPOSED]
                                      )    ORDER EXCLUDING TIME FROM
16      v.                            )    JANUARY 16, 2008 TO FEBRUARY 13,
                                      )    2008 FROM THE SPEEDY TRIAL ACT
17   ABEL LAMAS-PACHECO,              )    CALCULATION (18 U.S.C. §
                                      )    3161(h)(8)(A))
18          Defendant.                )
                                      )
19   _____)

20

21      The parties stipulate that the time between January 16, 2008 and February 13, 2008 is

22   excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the

23   requested continuance would unreasonably deny defense counsel reasonable time necessary for

24   effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree

25   that the ends of justice served by granting the requested continuance outweigh the best interest of

26   the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

27

28   //

1     18 U.S.C. §3161(h)(8)(A).

2

3     DATED: January 16, 2008        JOSEPH P. RUSSONIELLO
                                       United States Attorney

4

5                                          /s/

6                                          BENJAMIN T. KENNEDY
                                         Assistant United States Attorney

7

8                                          /s/

9                                          LARA VINNARD
                                         Assistant Federal Public Defender

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between January 16, 2008 and February 13, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED:    1/16/08

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE