# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, January 16, 2008
**Case Number:** CR-07-00612-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:        UNITED STATES OF AMERICA V. ABEL LAMAS-PACHECO

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Abel Lamas-Pacheco |
| **Attorneys Present:** Benjamin Kennedy | **Attorneys Present:** Lara Vinnard |

PROCEEDINGS:

Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Court orders defendant shall have a mental status evaluation regarding his competency. Continued to 2/13/08 at 9:00 a.m. for further status review and receipt of mental status evaluation. 28 days are excluded for the reasons stated.