**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
160 WEST SANTA CLARA STREET, SUITE 575
SAN JOSE, CA 95113

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (408) 291-7753
Fax (408) 291-7399

January 29, 2008

Honorable Jeremy Fogel
United States District Judge
United States District Court
280 S. First Street
San Jose, CA 95113

      **Re:**   *United States vs. Abel Lamas-Pacheco,* **CR 07-00612 JF**

Your Honor:

    Pursuant to the Court's order directing a mental examination of the defendant, Abel Lamas-Pacheco, I have prepared the enclosed Proposed Order.

    The Proposed Order has been submitted to Assistant United States Attorney Benjamin Kennedy, who has given his approval of the order.

    If you have any questions, I may be reached at (408) 291-7753.

                                                    Respectfully submitted,

                                                    BARRY J. PORTMAN
                                                    Federal Public Defender

                                                                 /s/

                                                   LARA S. VINNARD
                                                   Assistant Federal Public Defender

Encl.1

cc: AUSA Benjamin Kennedy