JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

BENJAMIN T. KENNEDY (CASBN 241350)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5059
   Facsimile:  (408) 535-5066
   Email: benjamin.t.kennedy@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.    CR 07-00612 JF |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER EXCLUDING TIME FROM |
| v. | ) | FEBRUARY 13, 2008 TO MAY 14, 2008 |
| | ) | FROM THE SPEEDY TRIAL ACT |
| ABEL LAMAS-PACHECO, | ) | CALCULATION (18 U.S.C. § |
| | ) | 3161(h)(8)(A)) |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

   The parties stipulate that the time between February 13, 2008 and May 14, 2008 is excluded

under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested

continuance would unreasonably deny defense counsel reasonable time necessary for effective

preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the

ends of justice served by granting the requested continuance outweigh the best interest of the

public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

//

1

1   18 U.S.C. §3161(h)(8)(A).

2

3   DATED: February 14, 2008         JOSEPH P. RUSSONIELLO
                                       United States Attorney

4

5                                  /s/

6                                  BENJAMIN T. KENNEDY
                                  Assistant United States Attorney

7

8                                  /s/

9                                  LARA VINNARD
                                  Assistant Federal Public Defender

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>ORDER</u>**

2    Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3 ORDERS that the time between February 13, 2008 and May 14, 2008 is excluded under the

4 Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested

5 continuance would unreasonably deny defense counsel reasonable time necessary for effective

6 preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that

7 the ends of justice served by granting the requested continuance outweigh the best interest of the

8 public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The

9 court therefore concludes that this exclusion of time should be made under 18 U.S.C.

10 §3161(h)(8)(A).

11

12 IT IS SO ORDERED.

13 DATED: _____    _____

14                 JEREMY FOGEL
                 UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28