JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

BENJAMIN T. KENNEDY (CASBN 241350)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5059
   Facsimile:  (408) 535-5066
   Email: benjamin.t.kennedy@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ABEL LAMAS-PACHECO, <br><br> Defendant. | No.   CR 07-00612 JF <br><br> STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM FEBRUARY 13, 2008 TO MAY 14, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    The parties stipulate that the time between February 13, 2008 and May 14, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

//

1  18 U.S.C. §3161(h)(8)(A).

3  DATED: February 14, 2008           JOSEPH P. RUSSONIELLO
                                      United States Attorney

                                      ___/s/_____
                                      BENJAMIN T. KENNEDY
                                      Assistant United States Attorney


                                      ___/s/_____
                                      LARA VINNARD
                                      Assistant Federal Public Defender

1 **ORDER**

2   Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY
3 ORDERS that the time between February 13, 2008 and May 14, 2008 is excluded under the
4 Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested
5 continuance would unreasonably deny defense counsel reasonable time necessary for effective
6 preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that
7 the ends of justice served by granting the requested continuance outweigh the best interest of the
8 public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The
9 court therefore concludes that this exclusion of time should be made under 18 U.S.C.
10 §3161(h)(8)(A).

12 IT IS SO ORDERED.
13 DATED:   2/15/08
14                                                                   JEREMY FOGEL
                                                                        UNITED STATES DISTRICT JUDGE