IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ABEL LAMAS PACHECO,<br><br>    Defendant. | No. CR-07-00612 JF<br><br>**[PROPOSED] ORDER REFERRING DEFENDANT TO BUREAU OF PRISONS FOR MENTAL EVALUATION PURSUANT TO 18 U.S.C. §§ 4241 AND 4247** |

    Defendant, Abel Lamas Pacheco, appeared before the Court on January 16, 2008, at which time defense counsel declared a doubt regarding the defendant's competence to proceed. The Court stated that based on its own observations regarding the defendant, a mental examination appeared warranted.

    Accordingly, pursuant to 18 U.S.C. §§ 4241 (a) and (b), the Court HEREBY ORDERS that the defendant be designated to a suitable facility within the Bureau of Prisons, to be evaluated with respect to his competence. The defendant shall promptly be transported to said facility. The Court further orders that a report be prepared and filed with the Court pursuant to 18 U.S.C. §§ 4247 (b) and (c).

    A further status hearing is set in this matter for May 14, 2008. In the event that the

[PROPOSED] ORDER RE: MENTAL
EVALUATION
CR 07-00612 JF                                    1

1  evaluation has not been completed by that date, the parties shall so advise the Court.

2      IT IS FURTHER ORDERED THAT the period of time from February 13, 2008, shall be

3  excluded from the period of time within which trial must commence under the Speedy Trial Act,

4  18 U.S.C. § 3161 et seq, because time is needed for the defendant's mental examination.

7  Dated:                                                    _____

8                                                       JEREMY FOGEL
United States District Judge

[PROPOSED] ORDER RE: MENTAL
EVALUATION
CR 07-00612 JF                              2