# UNITED STATES DISTRICT COURT

### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, May 14, 2008
**Case Number:** CR-07-00612-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**　　　**UNITED STATES OF AMERICA V. ABEL LAMAS-PACHECO**

|  **PLAINTIFF** | **DEFENDANT** |
| :---: | :---: |
| United States | Abel Lamas-Pacheco |
| **Attorneys Present: Richard Cheng** | **Attorneys Present: Lara Vinnard** |

---

PROCEEDINGS:

　　　Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 5/28/08 at 9:00 a.m. for further status review. 14 days are excluded for the reasons stated.