UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, May 28, 2008
**Case Number:** CR-07-00612-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:      UNITED STATES OF AMERICA V. ABEL LAMAS-PACHECO

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Abel Lamas-Pacheco |
| Attorneys Present: Chad Mandell | Attorneys Present: Lara Vinnard |

PROCEEDINGS:

Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. The Court is in receipt of the psychological evaluation; and finds the defendant to be competent. Continued to 6/12/08 at 9:00 a.m. for further status review.