# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, June 12, 2008
**Case Number:** CR-07-00612-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**       **UNITED STATES OF AMERICA V. ABEL LAMAS-PACHECO**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Abel Lamas-Pacheco |
| **Attorneys Present:** Chad Mandell | **Attorneys Present:** Lara Vinnard |

---

PROCEEDINGS:

Further status review hearing held. Counsel, Spanish interpreter Ursula Schlaepfer and defendant are present. Continued to 6/18/08 at 9:00 a.m. for further status review. 6 days are excluded for the reasons stated.