JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

CHAD M. MANDELL (ILBN 6286783)
Assistant United States Attorney

    150 Almaden Boulevard
    San Jose, California 95113
    Telephone: (408) 535-5059
    Facsimile:  (408) 535-5066
    Email: chad.mandell@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    CR 07-00612 JF |
|     Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM MAY 28, 2008 TO JUNE 12, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
|     v. | |
| ABEL LAMAS-PACHECO, | |
|     Defendant. | |

    The parties stipulate that the time between May 28, 2008 and June 12, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

//

1

1     18 U.S.C. §3161(h)(8)(A).

2

3     DATED: May 29, 2008                        JOSEPH P. RUSSONIELLO
                                                 United States Attorney
4

5                                                ___/s/_____
                                                 CHAD M. MANDELL
6                                                Special Assistant United States Attorney

7

8                                                ___/s/_____
                                                 LARA VINNARD
9                                                Assistant Federal Public Defender

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2    Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3  ORDERS that the time between May 28, 2008 and June 12, 2008 is excluded under the Speedy

4  Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance

5  would unreasonably deny defense counsel reasonable time necessary for effective preparation,

6  taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of

7  justice served by granting the requested continuance outweigh the best interest of the public and

8  the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court

9  therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

10

11  IT IS SO ORDERED.

12  DATED:  6/12/08
    nunc pro tunc to 5/28/08

13                               JEREMY FOGEL
                                 UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28