UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, June 18, 2008
**Case Number:** CR-07-00612-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**     **UNITED STATES OF AMERICA V. ABEL LAMAS-PACHECO**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Abel Lamas-Pacheco |
| Attorneys Present: Chad Mandell | Attorneys Present: Lara Vinnard |

PROCEEDINGS:
  Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 6/25/08 at 9:00 a.m. for further status review. 7 days are excluded for the reasons stated.
  The case is referred to Magistrate Judge Trumbull for Rule 11 settlement conference pursuant to stipulation.