1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division

4  CHAD M. MANDELL (ILBN 6286783)
   Assistant United States Attorney

5

6   150 Almaden Boulevard
    San Jose, California 95113
    Telephone: (408) 535-5059

7   Facsimile:  (408) 535-5066
    Email: chad.mandell@usdoj.gov

8
   Attorneys for the United States of America

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )    No.    CR 07-00612 JF
                                     )
15        Plaintiff,                 )    STIPULATION AND [PROPOSED]
                                     )    ORDER EXCLUDING TIME FROM JUNE
16     v.                            )    18 TO JUNE 25, 2008 FROM THE
                                     )    SPEEDY TRIAL ACT CALCULATION
17  ABEL LAMAS-PACHECO,              )    (18 U.S.C. § 3161(h)(8)(A))
                                     )
18        Defendant.                 )
                                     )
19  _____ )

20

21      The parties stipulate that the time between June 18, 2008 and June 25, 2008 is excluded under

22  the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested

23  continuance would unreasonably deny defense counsel reasonable time necessary for effective

24  preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the

25  ends of justice served by granting the requested continuance outweigh the best interest of the

26  //

27  //

28  //

                                    1

1   public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

2   18 U.S.C. §3161(h)(8)(A).

3

4   DATED: June 18, 2008                           JOSEPH P. RUSSONIELLO
                                                   United States Attorney

5

6                                                  ___/s/_____
                                                   CHAD M. MANDELL

7                                                  Special Assistant United States Attorney

8

9                                                  ___/s/_____
                                                   LARA VINNARD

10                                                 Assistant Federal Public Defender

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2      Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3  ORDERS that the time between June 18, 2008 and June 25, 2008 is excluded under the Speedy

4  Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance

5  would unreasonably deny defense counsel reasonable time necessary for effective preparation,

6  taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of

7  justice served by granting the requested continuance outweigh the best interest of the public and

8  the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court

9  therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

10

11  IT IS SO ORDERED.

12  DATED:                           _____

13                                   JEREMY FOGEL
                                     UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3