UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTE ORDER

MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Date: 6/23/08

Court Reporter:                    Clerk:

Case No: CR 07-00612 JF            Case Title:. USA    VS.  Abel Lamas-Pacheco

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Chad Mandell | Lara Vinnard |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial        [ ] Status    [ ]Discovery

                        [X] Settlement     [ ] Final     [ ] Judgment and Sentencing

                        [ ] Other

| Pltf. | Deft. | **MOTIONS** | |
|---|---|---|---|
| [ ] | [ ] | 1. | |
| [ ] | [ ] | 2. | |
| [ ] | [ ] | 3. | |
| [ ] | [ ] | 4. | |

## DISPOSITION

[ ] Granted              [ ] Submitted            [X] Settled

[ ] Denied               [ ] Briefs to be filed   [ ] Not Settled

[ ] Granted in part, denied in part               [ ] Off Calendar

Briefing Schedule:   Opening                  Answer
                     Reply

[ ] Continued to

## ORDER TO BE PREPARED BY

[ ] Plaintiff      [ ] Defendant       [ ]Court       [ ] Court w/opinion


NOTES: 2 ½ hours