UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition and Sentencing Hearing, June 25, 2008
**Case Number:** CR-07-00612-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**    **UNITED STATES OF AMERICA V. ABEL LAMAS-PACHECO**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Abel Lamas-Pacheco |
| **Attorneys Present:** Chad Mandell | **Attorneys Present:** Lara Vinnard |

PROCEEDINGS:

Disposition and sentencing hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Defendant pleads guilty to count 1 of the Indictment. Defendant is sentenced to 57 months prison; 3 years supervised release; and $100.00 special assessment.